UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Criminal Case No. 24-cr-201-TNM |
| JUSTIN SCHULZE and ERIC ZEIS | ) ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANT'S MOTION TO CONTINUE BENCH TRIAL**

Comes now Defendants Justin Schulze and Eric Zeis, by and through undersigned counsel, and respectfully moves this Court to postpone the trial date in the above captioned case and in support thereof states as follows: On Tuesday, September 3, 2024, a bench trial was set in this matter for the earliest possible date amenable to parties. It is the first trial setting in this matter.

**ARGUMENT**

**I.     Exculpatory Evidence**

Since the setting of trial date, defense counsel has been in contact with a Private

Investigator regarding two individuals who may have exculpatory video evidence in this matter that corroborates the defendant's exculpatory statements that they did several things to attempt to assist the police authorities. These two potential witnesses appear to capture video of the Defendants trying to assist police officers which would corroborate their FBI statements and is relevant to their state of mind and intent. The government has also been made aware of these individuals and has promised to forward relevant videos if the individuals are arrested. Defense counsel would like the opportunity to try to contact these persons as well.

Due to the voluminous video discovery shared on this matter, defense counsel continues to review footage–both provided to counsel directly and footage uploaded to Relativity–that may help to locate these individuals and their video material and to identify any additional similar exculpatory evidence.

**II.     Stipulations**

On Wednesday, November 27, 2024, the government provided defense counsel with a draft of stipulations in this matter. Included in these stipulations is a suggestion that we stipulate to the admissibility of body-worn camera footage from the Metropolitan Police Department. We cannot stipulate to this until the determination has been made whether the government intends to use BWC. At this time, we have requested BWC and not yet received any.

**III.     Personal Impacts**

During the month of October and early November, progress by the defense on

these items was set back when counsel for the defense's 9 year old son contracted pneumonia which required several weeks of treatment including hospital visits and home care. The underlying infection has now spread through defense counsel's home and significantly delayed trial preparation, research, and caused the rescheduling of several matters in various jurisdictions.

As an additional practical consideration, it is reasonably foreseeable that these cases will be the subject of a Presidential pardon in the near future. The interests of judicial economy might also favor the giving Defense counsel additional investigative time.

### **CONCLUSION**

Defense counsel has relayed the aforementioned reasons for a continuance to the Government to request the courtesy of a brief consent continuance; the government refused consent.

For the foregoing reasons Mr. Schulze and Mr. Zeis respectfully request the Court to set a status conference or require a status report to be filed within a reasonable time after January 20, 2025.

Respectfully submitted,

Warren Duryea Price 49738
Murphy & Price LLP
10 Boulder Crescent, Suite 301
Colorado Springs, CO 80903
(719) 900-2999 [MAIN]
(719) 368-3853 [DIRECT]
(202) 595-3127 [FAX]
warren@cosprings.lawyer

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was filed with the Clerk via the CM/ECF and an electronic notification was sent via email to (REBEKAH.LEDERER@usdoj.gov), Rebekah Lederer, Assistant United States Attorney, U.S. Attorney's Office for the District of Columbia, 601 D Street Northwest Washington, D.C. 20001 this 10th day of December, 2024.

Warren Duryea Price 49738<br>
Murphy & Price LLP<br>
10 Boulder Crescent, Suite 301<br>
Colorado Springs, CO 80903<br>
(719) 900-2999 [MAIN]<br>
(719) 368-3853 [DIRECT]<br>
(202) 595-3127 [FAX]<br>
warren@cosprings.lawyer